# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Roel Valenzuela**<br>DOB: 1991; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-5855MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 29, 2023, in the District of Arizona, **Roel Valenzuela**, knowing and in reckless disregard of the fact that certain illegal aliens, including Diana Luz-Hernandez, Cinthya Kristell Ontiveros-Salinas, Simitrio Felipe Perez-Gonzalez, Zenon Garcia-Romero, and Mario Gervacio-Dominguez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 29, 2023, in the District of Arizona (Douglas), at approximately 9:44 a.m., Border Patrol Agents (BPAs) working checkpoint duties at the tactical immigration checkpoint located on State Route (SR) 80 near the Arizona and New Mexico border received a Be on the Lookout (BOLO) for a gold sedan with temporary license plates that was observed traveling at a high rate of speed. Shortly after, BPAs at the checkpoint observed a vehicle matching the description of the BOLO as it performed a U-turn approximately 100 feet south of the checkpoint and accelerated back south. BPAs pursued the vehicle with their emergency lights and sirens activated and were able to observe multiple subjects as their heads popped up and down in the rear seats. BPAs followed as the driver exited SR 80 and turned westbound on Rock Springs Road and continued westbound after the road ended. The vehicle eventually came to a stop approximately a half mile off road and BPAs observed all subjects exit the vehicle and begin running towards the mountains. BPAs chased the subjects and quickly apprehended five. Another BPA chase two other subjects who continued running and caught up to them, but they did not comply with commands. As the BPA grabbed a hold of **Roel VALENZUELA**, he was non-compliant and began kicking the agent. As back up arrived, the BPA was able to place **VALENZUELA** under arrest and walked him back to the rest of the group. **VALENZUELA** was later identified as the driver of the vehicle by all five material witnesses. An immigration inspection was conducted on the other five subjects, Diana Luz-Hernandez, Cinthya Kristell Ontiveros-Salinas, Simitrio Felipe Perez-Gonzalez, Zenon Garcia-Romero, and Mario Gervacio-Dominguez, and they were all determined to be citizens of Mexico, illegally present in the United States.

Material witness Luz-Hernandez stated she is a citizen of Mexico and paid $9,000 to be smuggled into the United States. She illegally crossed into the United States and was told by the guide to get into a tan colored vehicle which was already occupied by two male subjects. She was going to be taken to Phoenix, Arizona, and while on their way, the two subjects saw a Border Patrol checkpoint and they decided to turn around. Luz stated the driver drove off the highway onto a road and told the group to get off but not to follow them. Luz was able to positively identify **VALENZUELA** as the driver of the vehicle from a photo lineup.
Continued on next page.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Diana Luz-Hernandez, Cinthya Kristell Ontiveros-Salinas, Simitrio Felipe Perez-Gonzalez, Zenon Garcia-Romero, and Mario Gervacio-Dominguez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| **Sworn by telephone __x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature] Lynnette C. Kimmins* | DATE<br>March 30, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Siegele

**Continued from front page.**                                                                                                          23-5855MJ

Material witness Cinthya Kristell Ontiveros-Salinas stated she is a citizen of Mexico, and her father was going to pay an unknown amount to have her smuggled to Phoenix, Arizona. She illegally crossed into the United States, and the guide told her to get into a vehicle that had a driver and a passenger. When the driver and front seat passenger saw the checkpoint, they decided to turn around. Ontiveros stated they were told they would be dropped off and when the vehicle eventually stopped, they were told to run. Ontiveros was able to positively identify **VALENZUELA** as the driver of the vehicle from a photo lineup.

Material witness Simitrio Felipe Perez-Gonzalez stated he is a citizen of Mexico, and he paid $8,500 to be smuggled into the United States. He illegally crossed into the United States with a guide who took him near Highway 80 and told him to get into a tan colored vehicle. When he got into the vehicle, he saw other passengers and two subjects in the front seats. As they drove, the individuals in the front saw the Border Patrol checkpoint and decided to turn around to avoid being stopped. Perez stated the driver then took a dirt road that was not meant to be driven by the type of vehicle they were in. As they stopped, the passenger told the group to get out and run but the vehicle was locked. The driver and front seat passenger ran from the vehicle, leaving the group locked inside. They managed to unlock the vehicle and ran away. Perez was able to positively identify **VALENZUELA** as the driver of the vehicle from a photo lineup.

Material witness Zenon Garcia-Romero stated he is a citizen of Mexico, and he paid 180,000 Mexican Pesos to be smuggled into the United States. He illegally crossed into the United States and was guided to Highway 80 where the guide told him to get into a vehicle that was going to take him to Phoenix, Arizona. As they were driving north, the driver turned around to avoid the Border Patrol checkpoint. The driver took a dirt road and came to a complete stop because the vehicle had gotten stuck. Garcia stated the driver and passenger ran from the vehicle, leaving the rest of the group in the vehicle. Garcia was able to positively identify **VALENZUELA** as the driver of the vehicle from a photo lineup.

Material witness Mario Gervacio-Dominguez stated he is a citizen of Mexico, and he paid 200,000 Mexican Pesos to be smuggled into the United States. He illegally crossed into the United States and was guided by a foot-guide to Highway 80 where he was told he would get into a tan colored vehicle. When he entered the vehicle, he saw a driver and a passenger. Gervacio stated when the driver and passenger saw the checkpoint, they decided to turn around and they told the group they would be stopping, and they needed to get off the vehicle. Gervacio was able to positively identify **VALENZUELA** as the driver of the vehicle from a photo lineup.